DAYLE ELIESON
United States Attorney
District of Nevada

BLAINE T. WELSH
Nevada Bar No. 4790
TROY K. FLAKE
Assistant United States Attorneys
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: blaine.welsh@usdoj.gov;
      troy.flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENSHING LI, | Case No. 2:18-cv-00115-APG-CWH |
| Petitioner, | |
| v. | **EMERGENCY MOTION TO APPEAR TELEPHONICALLY** |
| REX W. TILLERSON, *et al.*, | |
| Respondents. | |

The United States requests that Department of Justice, Office of Immigration attorney Matthew Seamon be permitted to appear telephonically at the **hearing scheduled for 2:30 p.m. on January 25, 2018,** on the Motion for Temporary Restraining Order (ECF No. 5), in Courtroom 6C before District Judge Andrew P. Gordon.

The United States Attorney's Office for the District of Nevada was not served with any of the documents pertaining to this case until 1:30 p.m. on January 24, 2018. One of the attorneys representing the United States at the hearing is from the Department of Justice Office of Immigration Litigation and is stationed in Washington, D.C. Given the short notice period,

1

the assigned attorney is unable to appear in person and requests permission to appear telephonically.

Respectfully submitted this 24th day of January 2018.

DAYLE ELIESON
United States Attorney

*/s/ Troy K. Flake*
BLAINE T. WELSH
TROY K. FLAKE
Assistant United States Attorney

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** January 24, 2018

**CERTIFICATE OF SERVICE**

I, Troy K. Flake, certify that the **EMERGENCY MOTION TO APPEAR TELEPHONICALLY** was served this date on all parties via the Court's Electronic Case Filing System.

Dated this 24th day of January 2018.

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney