# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Benshing Li, | Case No. 2:18-cv-00115 |
| Plaintiff-Petitioner, | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO FILE PROPOSED SCHEDULING ORDER AND TO CONTINUE FEBRUARY 23, 2018, RULE 16 CONFERENCE (First Request)** |
| v. | |
| Rex W. Tillerson, in his official capacity as the U.S. Secretary of State; Kirstjen M. Nielsen, in her official capacity as Secretary of U.S. Department of Homeland Security; L. Francis Cissna, Director for United States Citizenship and Immigration Service; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection, | |
| Defendants-Respondents. | |

This matter came before the Court on the Parties' "Stipulated Motion to Extend Deadline To File Proposed Scheduling Order and to Continue February 23, 2018, Rule 16 Conference." Good cause appearing,

IT IS ORDERED that the parties shall have up to and including **Tuesday, March 13, 2018, 3:00 p.m.** to file a Proposed Scheduling Order.

IT IS FURTHER ORDERED that a Rule 16 Conference shall be held on **Thursday, March 15, 2018 at 9:00 a.m.**

Dated: February 22, 2018.

_____
UNITED STATES DISTRICT JUDGE

QB\166908.00002\50880170.1