UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Benshing Li,<br><br>            Plaintiff-Petitioner,<br><br>v.<br><br>Rex W. Tillerson, in his official capacity as the U.S. Secretary of State; Kirstjen M. Nielsen, in her official capacity as Secretary of U.S. Department of Homeland Security; L. Francis Cissna, Director for United States Citizenship and Immigration Service; Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection,<br><br>           Defendants-Respondents. | Case No. 2:18-cv-00115<br><br>**ORDER** |

This matter came before the Court pursuant to the Parties' stipulation and joint motion, and for good cause appearing as stated therein,

IT IS ORDERED AS FOLLOWS:

1. On or before March 15, 2018, U.S. Customs and Border Protection ("CBP") shall re-parole Plaintiff into the United States (the "Parole"), which Parole will give Plaintiff the right to remain in the United States for a 60 day period (the "Parole Period"). To facilitate the administrative processing of the Parole, Plaintiff will present himself at CBP's Deferred Inspection Office at McCarren International Airport on or before March 15, 2018. Defendants will not detain or arrest Plaintiff while he is at the Deferred Inspection Office. During the time that Plaintiff is in parole status, he will not be deemed to accrue any

unlawful presence in the United States.

2. Defendants may have up to and including May 11, 2018 to answer Plaintiff's Complaint.

3. The March 15, 2018 Rule 16 conference is reset to <u>April 26, 2018 at 9:00 a.m.</u> in Courtroom 6C. The Parties shall submit their proposed scheduling order for that conference on or before April 24, 2018, no later than 3:00 p.m.

DATED: March 13, 2018

_____
UNITED STATES DISTRICT JUDGE