UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Benshing Li,<br><br>    Plaintiff-Petitioner,<br><br>v.<br><br>Rex W. Tillerson, in his official capacity as the U.S. Secretary of State; Kirstjen M. Nielsen, in her official capacity as Secretary of U.S. Department of Homeland Security; L. Francis Cissna, Director for United States Citizenship and Immigration Service; and Kevin McAleenan, Acting Commissioner of U.S. Customs and Border Protection,<br><br>    Defendants-Respondents. | Case No. 2:18-cv-00115<br><br>**ORDER DISMISSING MATTER WITHOUT PREJUDICE** |

Pursuant to the parties' stipulation and for good cause shown, it is hereby ordered that this matter is dismissed without prejudice, with the parties bearing their own fees and costs

DATED this 25th day of May, 2018

_____
Judge Andrew P. Gordon
United States District Judge